*cw 50*

**FILED**

SEP 2 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  <u>**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §§ 1983**</u>

2  Name  HOPKINS    KEVIN    L

3  (Last)                    (First)                    (Initial)

4  Prisoner Number  2434693    SF County Jail

5  Institutional Address  P.O. Box 67, San Bruno, CA 94066

6  =======================================================

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**  **E-filing**

8  KEVIN LAMAR HOPKINS

9  (Enter the full name of plaintiff in this action.)                    )

10                    vs.                    **CV 09**    Case No. **4578**    **CW**

11  SAN FRANCISCO POLICE    (To be provided by the Clerk of Court)

12  DEPARTMENT, OFFICER    **COMPLAINT UNDER THE**
   **CIVIL RIGHTS ACT,**

13  AUGUST, Offeners John    Title 42 U.S.C § 1983

14  Doe 1 - John Doe 10, et, Al    **E-filing**    **(PR)**

15  (Enter the full name of the defendant(s) in this action)

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.    Exhaustion of Administrative Remedies.

18       [<u>Note:</u> You must exhaust your administrative remedies before your claim can go

19       forward.  The court will dismiss any unexhausted claims.]

20       A.    Place of present confinement  San Francisco County Jail

21       B.    Is there a grievance procedure in this institution?

22             YES (X)    NO ( )

23       C.    Did you present the facts in your complaint for review through the grievance

24             procedure?

25             YES ( )    NO (X)

26       D.    If your answer is YES, list the appeal number and the date and result of the

27             appeal at each level of review.  If you did not pursue a certain level of appeal,

28             explain why.

COMPLAINT                    - 1 -

1        1. Informal appeal _____

2        _____

3        _____

4        2. First formal level_____

5        _____

6        _____

7        3. Second formal level_____

8        _____

9        _____

10       4. Third formal level _____

11       _____

12       _____

13     E.     Is the last level to which you appealed the highest level of appeal available to

14          you?

15               YES ( )     NO ( )

16     F.     If you did not present your claim for review through the grievance procedure,

17 explain why. **I did present my allegations to**

18 **San Francisco's Board of Citizen's Complaint**

19 **Against San Francisco Police Dept. 690-09**

20 II.     Parties.

21     A.     Write your name and your present address.  Do the same for additional plaintiffs,

22          if any.

23 **Kevin Lamar Hopkins, P.O. Box 67, San**

24 **Bruno, CA 94066**

25 _____

26     B.     Write the full name of each defendant, his or her official position, and his or her

27          place of employment.

28 **OFFICER August, San Francisco Police Dept,**

COMPLAINT                    - 2 -

1   850 Bryant, San Francisco, CA 94102

2

3

4

5   III.    Statement of Claim.

6        State here as briefly as possible the facts of your case.  Be sure to describe how each

7   defendant is involved and to include dates, when possible.  Do not give any legal arguments or

8   cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a

9   separate numbered paragraph.

10   On September 1, 2009 I was taken to San
11   Francisco police Precinct "Central" Station.
12   I was shackled to bench for 6 hours
13   which constituted cruel and unusual punishment.
14   I was shackled to bench at or around 12 pm
15   And was not allowed to use bathroom. I was
16   bound to bench. At or around 5pm officer
17   August And Another OFFICER unknown At this
18   welling brought in A Arrestee by name of
19   Daryl Prescott. It was very volatile for
20   the OFFICERS were upset because the Arrestee
21   was Accused of being A Sexual predator
22   And had history of lewd Acts on children.

23   IV.    Relief.

24        Your complaint cannot go forward unless you request specific relief.  State briefly exactly

25   what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

26   I Ask to the Court for Punitive damages,
27   General damages Exemplary damages, And Any
28   All other damages the Court may Find Fair

COMPLAINT                                    - 3 -

The Officers made all kinds of threats toward the Arrestee. Then they shackled him next to me. The Arrestee obviously was suffering delusions And impaired with Alcohol. Officers left Area. Daryl Prescott?? And myself got into a physical Altercation. Officer August grab me by the throat choking & banging my head Against the wall. This Officer was totally out of control And Already Angry from dealing with Sexual predator. Officer August choke hold was So severe I literally coughed up blood And was coughing & Choking After he released his choke hold. The force was unneccessary And excessive. I was Already Shackled when he was choking And Officer August retained & continued choking even when they moved Arrestee Away from me. And I was handcuffed w/ both hand to bench in Seperate handcuffs. Surveillance cameras Are mandated in San Francisco Police Department Booking Areas. I was informed by San Francisco's Citizen's Complaint Board for San Francisco Police Department that they could not release Any evidence they find and that it is deemed confidential. Even After Officer August released his choke hold, I was gasping for Air coughing and Spitting up blood. At was At least 5 Officers At Precinct And they denied me Medical Attention even

After witnessing the state I was in. I name all this officers as defendants that are unknown at this writing. As soon as plaintiff obtain these other officers names he will add them as defendant until then these officers are named as John Doe 7 through John Doe 10

1  And justAs wEll AS Compensatory damages.
2
3
4

5  I declare under penalty of perjury that the foregoing is true and correct.

6

7  Signed this _____ day of _____, 20_____

8

9  *Kevin James Hopkins*

10  (Plaintiff's signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                                     - 4 -