DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
WARREN METLITZKY, State Bar # 220758
Deputy City Attorney
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3916
Facsimile:      (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN LAMAR HOPKINS,<br><br>             Plaintiffs,<br><br>      vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT, ET AL.<br><br>             Defendants. | Case No. 09-CV-4578 CW<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST FOR NINETY-DAY CONTINUANCE OF DEADLINE FOR FILING MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date:           Not Set |
|---|---|

1    On December 7, 2010, defendants SAN FRANCISCO POLICE DEPARTMENT, ET AL.
2  ("Defendants") requested a ninety-day continuance of the Court's deadline for defendants to file a
3  motion for summary judgment in this matter, from December 13, 2010 to March 15, 2011.
4    After full consideration of the briefing and the supporting declaration of counsel, the Court
5  rules as follows:
6    The Court hereby GRANTS Defendants' Administrative Request For Ninety-Day
7  Continuance Of Deadline For Filing Motion For Summary Judgment.  Defendants will have until
8  March 15, 2011 to file their motion for summary judgment.
9    IT IS SO ORDERED.

11  Dated: **12/13/2010**               _____
12                                       HONORABLE CLAUDIA WILKEN
                                         UNITED STATES DISTRICT JUDGE