IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR HOPKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-04578 CW (PR)<br><br>ORDER DENYING SECOND MOTION FOR APPOINTMENT OF COUNSEL |

    Before the Court is Plaintiff's second motion for appointment of counsel to represent him in this action.  The Court previously denied Plaintiff's first request for appointment of counsel.  For the same reasons, Plaintiff's second request for the appointment of counsel is DENIED.

    This Order terminates Docket no. 32.

    IT IS SO ORDERED.

Dated: 3/1/2011

                                CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KEVIN LAMAR HOPKINS,

    Plaintiff,

v.

SAN FRANCISCO POLICE et al,

    Defendant.

Case Number: CV09-04578 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin L. Hopkins V76611
Bldg. 510 / 40U
Avenal State Prison
P.O. Box 9
Avenal, CA 93204

Dated: March 1, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2