UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

KEVIN L. HOPKINS,

    Plaintiff,

v.

SAN FRANCISCO POLICE DEPARTMENT, et al.,

    Defendants.
_____/

No. 4:09-CV-4578 CW (NJV)

WRIT OF HABEAS CORPUS
AD TESTIFICANDUM

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of KEVIN L. HOPKINS, inmate no. CC11CZ851, whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: September 28, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:     Warden, West County Detention Facility

GREETINGS

WE COMMAND that you have and produce the body of KEVIN L. HOPKINS in your custody in the hereinabove-mentioned Institution, before the United States District Court on October 21, 2011, at 2:00 p.m., in Courtroom 14 on the eighteenth floor of the United States Court House at 450 Golden Gate Ave, San Francisco, California, in order that said prisoner may then and there participate in the

writ ad test

1  SETTLEMENT CONFERENCE in the matter of HOPKINS v. SAN FRANCISCO POLICE
2  DEPARTMENT, et al., and at the termination of said hearing return him forthwith to said hereinabove-
3  mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made
4  concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until
5  the termination of the proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: September 28, 2011

                                   RICHARD WIEKING
                                   CLERK, UNITED STATES DISTRICT COURT

                                   *Linn Van Meter*
                           By:_____
                                   ADMINISTRATIVE LAW CLERK

Dated: September 28, 2011



                                 _____
                                 NANDOR J. VADAS
                                 United States Magistrate Judge

writ ad test

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KEVIN L. HOPKINS, | No. 4:09-CV-04578 CW (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SAN FRANCISCO POLICE DEPARTMENT, et al., | |
| Defendants. _____/ | |

I, the undersigned, hereby certify that on September 28, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Kevin L. Hopkins
CC11CZ851
West County Detention Facility
5555 Giant Highway
Richmond, CA 94806

Operations
West County Detention Facility
5555 Giant Highway
Richmond, CA 94806

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

writ ad test