IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN LAMAR HOPKINS,

     Plaintiff,

   v.

SAN FRANCISCO POLICE DEPARTMENT;
OFFICER AUGUST and DOES 1-10,

     Defendants.

_____/

No. C 09-4578 CW

ORDER GRANTING
DEFENDANTS'
ADMINISTRATIVE
MOTION FOR
CLARIFICATION
REGARDING
DEADLINES (Docket
No. 57)

Defendants request clarification regarding the date by which pretrial documents shall be submitted to the Court.  This Court's Order for Pretrial Preparation in pro se Prisoner Cases sets forth a series of deadlines that flow from the date of the pretrial conference scheduled in a given action.  However, in this case, the Court will resolve pretrial matters on the papers, rather than holding a pretrial conference.

For the purpose of clarification, the deadlines are set as if there were a pretrial conference scheduled for December 20, 2011. Accordingly, submissions that are due to the Court twenty-eight days before the pretrial conference are due November 22, 2011.

IT IS SO ORDERED.

Dated: 10/21/2011

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California