UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KEVIN L. HOPKINS, | No. 4:09-CV-4578 CW (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| SAN FRANCISCO POLICE DEPARTMENT, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of KEVIN L. HOPKINS, inmate no.CC11CZ851, presently in custody at the West County Detention Facility, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: October 21, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge


THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Facility Commander, West County Detention Facility

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of KEVIN L. HOPKINS in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Avenue, San Francisco, California, Courtroom D, at 10:30 a.m. on October 27, 2011, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of HOPKINS v.

1  SAN FRANCISCO POLICE DEPARTMENT, et al, and at the termination of said hearing return him
2  forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court
3  as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner
4  at all times necessary until the termination of the proceedings for which his testimony is required in this
5  Court;

   Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
   for the Northern District of California.

Dated: October 21, 2011

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
     Administrative Law Clerk

Dated: October 21, 2011



NANDOR J. VADAS
United S...

2

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KEVIN L. HOPKINS, | No. 4:09-CV-4578 CW (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SAN FRANCISCO POLICE DEPARTMENT, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on October 21, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Kevin L. Hopkins
CC11CZ851
West County Detention Facility
5555 Giant Highway
Richmond, CA 94806

Operations
West County Detention Facility
5555 Giant Highway
Richmond, CA  94806

Lt. Nelson, Facility Commander
West County Detention Facility
5555 Giant Highway
Richmond, CA  94806

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3