IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR HOPKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO POLICE OFFICER CHARLES AUGUST,<br><br>        Defendant.<br>_____/ | No. C 09-4578 CW (PR)<br><br>ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE MOTION FOR SUMMARY JUDGMENT; ORDERING PARTIES TO PARTICIPATE IN SCHEDULED SETTLEMENT CONFERENCE<br><br>(Docket no. 67) |

A settlement conference before Magistrate Judge Nandor J. Vadas is scheduled in this matter for December 1, 2011 at 2:00 p.m. Plaintiff will appear by telephone.

If the case does not settle, the Court will preside over a jury trial that has been set for January 5, 2012. The parties' pretrial submissions are due to the Court on November 22, 2011.

Now pending is Defendant's administrative motion requesting leave to file a belated motion for summary judgment. Plaintiff objects to Defendant's request.

Having reviewed the submissions of the parties herein, the Court DENIES Defendant's request. The parties shall participate in the Court-ordered settlement conference and, if they are unable to settle, shall proceed to trial as scheduled.

The Clerk shall provide a copy of this Order to Magistrate Judge Vadas.

This Order terminates Docket no. 67.

IT IS SO ORDERED.

DATED: 11/15/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

cc: MagRef; NJV