United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR HOPKINS | No. 09-04578 |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| SAN FRANCISCO POLICE | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Settlement Conference is scheduled for December 1, 2011 at 10:00 a.m. in Courtroom 14, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff, Kevin Hopkins, shall appear by telephone. Lead trial counsel shall appear at the Settlement Conference with the parties and persons having full authority to negotiate and settle the case. Defense counsel shall arrange for Plaintiff's telephonic appearance.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the Settlement Conference. All other provisions of this Court's original notice and settlement conference order remain in effect.

IT IS SO ORDERED.

Dated: November 21, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

SC-further

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hopkins | Case Number: C 09-4578 |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| SF Police Dept. | |
| Defendant. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 21, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Kevin L Hopkins
CC11C2851
West County Detention Facility
5555 Giant Hwy
Richmond, CA 94806

Dated: November 22, 2011        RICHARD W. WIEKING, CLERK
                                By: GLORIA MASTERSON, Deputy Clerk

SC-further                            2