1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   JOANNE HOEPER, State Bar #114961
    Chief Trial Attorney
3   WARREN METLITZKY, State Bar # 220758
    LEILA K. MONGAN, State Bar # 271287
4   Deputy City Attorneys
    1390 Market Street, 6th Floor
5   San Francisco, California 94102-5408
    Telephone:     (415) 554-3916 [Metlitzky]
6   Telephone:     (415) 554-3915 [Mongan]
    Facsimile:      (415) 554-3837
7

8   Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO
    AND CHARLES AUGUST
9

10                      UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13   KEVIN LAMAR HOPKINS,                   Case No. 09-CV-4578 CW

14              Plaintiff,                   **DEFENDANTS' PROPOSED
                                             EXHIBIT LIST**
15        vs.

16   SAN FRANCISCO POLICE DEPARTMENT[1]      Trial Date:       January 5, 2012
     OFFICER CHARLES AUGUST, et al.
17
                Defendants.
18

19

20          The following are documents that defendants request be marked for identification.

21   Defendants have identified the witness they intend to sponsor each exhibit at trial, but reserve the

22   right to amend the sponsoring witness should it become necessary.

23

24

25

26
     _____
27        [1] The San Francisco Police Department is not a separate legal entity apart from the City and
     County of San Francisco.
28

| Exh. No. | Description | Sponsoring Witness | Date Marked | Date Admitted |
|---|---|---|---|---|
| 1 | Defendant CCSF's Notice of Taking Deposition of Darrell Proctor and Subpoena | Darrell Proctor | 11/2/2011 (Proctor Depo.) | |
| 2 | Photograph of benches in Central Station holding area | Charles August | 11/2/2011 (Proctor Depo.) | |
| 3 | Photograph into Central Station from benches in holding area | Charles August | 11/2/2011 (Proctor Depo.) | |
| 4 | Full-page color mug shot of Kevin Hopkins (front view) | Charles August | 11/2/2011 (Proctor Depo.) | |
| 5 | Defendant CCSF's Notice of Taking Depositions and Subpoenas | Rey Jacala, CN | 11/3/2011 (Jacala Depo.) | |
| 6 | Encounter report (intake screen), 9/2/2009, Bates No. 000079-000080. | Rey Jacala, CN | 11/3/2011 (Jacala Depo.) | |
| 7 | Encounter report (triage), 9/1/2009, Bates No. 000078 | Joselito Borja, RN | 11/3/2011 (Jacala Depo.) | |
| 8 | San Francisco Sheriff's Department Mug Shot Profile of Kevin Hopkins (front view), 9/1/2009, Hopkins CCSF 000014 | Charles August/Kevin Hopkins | 11/9/2011 (Borja Depo.) | |
| 9 | San Francisco Sheriff's Department Mug Shot Profile of Kevin Hopkins (front view), 9/1/2009, Hopkins CCSF 000015 | Charles August/Kevin Hopkins | | |
| 10 | San Francisco County Jail Medical Records for Kevin Hopkins, Encounter Reports 9/2/09 – 9/29/09, Bates No. 000081-000101 | Dr. Lesko/Kevin Hopkins/Custodian of Records | | |
| 11 | San Francisco Police Department Daily Arrest Information, Central Station, 9/1/2009, CCSF Hopkins 000104 | Charles August/James Deignan/Robert Richins | | |
| 12 | San Francisco Police Department Event History Detail, 9/1/2009, CCSF Hopkins 000091 | Charles August/Michael White | | |
| 13 | San Francisco Police Department Unit 9A2 History Detail (Officer Michael White), 9/1/2009, CCSF Hopkins 000092 | Charles August | | |

| Exh. No. | Description | Sponsoring Witness | Date Marked | Date Admitted |
|---|---|---|---|---|
| 14 | San Francisco Police Department Unit 3A30 History Detail (patrol wagon), 9/1/2009, CCSF Hopkins 000093-000094 | Charles August/Anthony Randolph | | |
| 15 | San Francisco Police Department Unit 3A1C History Detail (Officer Charles August), 9/1/2009, CCSF Hopkins 000095-000096 | Charles August | | |
| 16 | San Francisco Police / San Francisco Sheriff Field Arrest Card for Kevin Hopkins (front and back sides), CCSF Hopkins 000010-000011 | Charles August/Sheriff's Department Custodian of Records | | |
| 17 | San Francisco Sheriff's Department Booking Card for Kevin Hopkins, CCSF Hopkins 000020 | Charles August/Sheriff's Department Custodian of Records | | |
| 18 | San Francisco Sheriff's Department Property/Clothing Record for Kevin Hopkins, CCSF Hopkins 000027 | Charles August/Michael White | | |
| 19 | San Francisco Property Inventory Arrest Record, Station Booking Property Record / CJ#9 Cite or RWS Property Records for Kevin Hopkins, CCSF Hopkins 000028 | Charles August/Sheriff's Department Custodian of Records | | |
| 20 | San Francisco Police Department Incident Report No. 090899647, with attachments, CCSF Hopkins 000001-000007 | Charles August/Michael White | | |
| 21 | San Francisco Sheriff's Department Housing Activity Card (front and back sides), Kevin Hopkins, CCSF Hopkins 000012-000013 | Charles August/Sheriff's Department Custodian of Records | | |
| 22 | Berkeley Parole Units Fax Cover Sheet and Detainer for Kevin Hopkins, 9/1/2009, CCSF Hopkins 000024-000025 | Charles August/Michael White | | |
| 23 | Expert Report, Dr. Lesko | Dr. Lesko | | |
| 24 | Expert Report, Dr. Hooker | Dr. Hooker | | |
| 25 | Medical Records, San Francisco County Jail, Bates Nos. 000001-000185 | Custodian of Records | | |
| 26 | Billing Records, Alta Bates Summit Medical Center, 000001 | Custodian of Records | | |

| Exh. No. | Description | Sponsoring Witness | Date Marked | Date Admitted |
|---|---|---|---|---|
| 27 | Medical Records, Contra Costa County Sheriff's Office, 000001-000142 | Custodian of Records | | |
| 28 | Medical Records, Criminal Justice Mental Health at Santa Rita Jail, 000001-000089 | Custodian of Records | | |
| 29 | Medical Records, Highland Hospital, 000001-000039 | Custodian of Records | | |
| 30 | Billing Records, Highland/Fairmont-Alameda County Medical Center, 000001-000005 | Custodian of Records | | |
| 31 | Medical Records, James A. Watson Wellness Center, 000001-000002 | Custodian of Records | | |
| 32 | Medical Records, John George Psychiatric Pavilion, 000001-000024 | Custodian of Records | | |
| 33 | Medical Records, PHS Correctional Healthcare, 000001-000426 | Custodian of Records | | |
| 34 | Medical Records, San Quentin State Prison, 000001-000100 | Custodian of Records | | |
| 35 | Medical Records, Sausal Creek Outpatient Stabilization Center, 000001-000014 | Custodian of Records | | |
| 36 | Medical Records, Alta Bates Summit Medical Center, 000001-000039 | Custodian of Records | | |
| 37 | 2 pairs of SFPD-issued handcuffs | Charles August | | |
| 38 | San Francisco Police Department, Central Station Medical Screening Form, Kevin Hopkins, 9/1/2009 | Charles August/James Deignan/Robert Richins | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Exh. No. | Description | Sponsoring Witness | Date Marked | Date Admitted |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Dated:  November 22, 2011          DENNIS J. HERRERA
                                   City Attorney
                                   JOANNE HOEPER
                                   Chief Trial Deputy
                                   WARREN METLITZKY
                                   LEILA K. MONGAN
                                   Deputy City Attorneys


                              By: _s/Leila K. Mongan_____
                                   LEILA K. MONGAN

                                   Attorneys for Defendants
                                   CITY AND COUNTY OF SAN FRANCISCO
                                   AND CHARLES AUGUST

**PROOF OF SERVICE**

I, Anita Murdock, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On November 22, 2011, I served the following document(s):

**DEFENDANTS' PROPOSED EXHIBIT LIST**

on the following persons at the locations specified:

Kevin Hopkins, CC11C2851
Contra Costa County Jail
5555 Giant Highway
Richmond, CA  94806
*In Pro Per*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**:  Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**:  I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service.  **A declaration from the messenger who made the delivery** ☐ **is attached** or ☐ **will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**:  I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**:  Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above.  The fax transmission was reported as complete and without error.  The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report** ☐ **is attached** or ☐ **will be filed separately with the court.**

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed November 22, 2011, at San Francisco, California.

/s/
_____
Anita Murdock