DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
WARREN METLITZKY, State Bar # 220758
LEILA K. MONGAN, State Bar # 271287
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3916 [Metlitzky]
Telephone:     (415) 554-3915 [Mongan]
Facsimile:      (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND CHARLES AUGUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN LAMAR HOPKINS, | Case No. 09-CV-4578 CW |
|---|---|
| Plaintiff, | **DEFENDANTS' WITNESS LIST** |
| vs. | |
| SAN FRANCISCO POLICE DEPARTMENT[1] OFFICER CHARLES AUGUST, et al. | Trial Date:     January 5, 2012 |
| Defendants. | |

The following are witnesses which the City and County of San Francisco and Officer Charles August might call upon during trial:

| Name | Subject Matter | Time |
|---|---|---|
| Kevin Hopkins | Separation of plaintiff and Mr. Proctor; whether plaintiff asked for medical treatment; damages | |
| Darrell Proctor | Separation of plaintiff and Mr. Proctor; whether plaintiff asked for medical treatment | |

---

[1] The San Francisco Police Department is not a separate legal entity apart from the City and County of San Francisco.

| Name | Subject Matter | Time |
|---|---|---|
| Joselito Borja, RN | Plaintiff's triage medical evaluation in SF County Jail | |
| Rey Jacala, CN | Plaintiff's intake medical evaluation in SF County Jail | |
| William D. Hooker, Ph.D. | Plaintiff's emotional/ psychological injuries | |
| Louis Lesko, M.D. | Plaintiff's physical injuries | |
| Officer Charles August | Separation of plaintiff and Mr. Proctor; whether plaintiff asked for medical treatment | |
| Officer James Deignan | Whether plaintiff asked for medical treatment | |
| Officer Michael White | Plaintiff's arrest and transport to Central Station | |
| Officer Robert Richins | Separation of plaintiff and Mr. Proctor; whether plaintiff asked for medical treatment | |
| Officer Thomas Cunnane | Plaintiff's arrest and transport to Central Station | |

| Custodians of Records (if necessary) | | |
|---|---|---|
| Name | Subject Matter | Time |
| Custodian of Records, Contra Costa County Sheriff's Office | Medical records | |
| Custodian of Records, Criminal Justice Mental Health at Santa Rita Jail | Medical records, Jail records | |
| Custodian of Records, Highland Hospital | Medical records | |
| Custodian of Records, Highland/Fairmont-Alameda County Medical Center | Medical records, Billing records | |
| Custodian of Records, James A. Watson Wellness Center | Medical records | |
| Custodian of Records, John George Psychiatric Pavilion | Medical records | |
| Custodian of Records, PHS Correctional Healthcare | Medical records | |
| Custodian of Records, San Francisco Department of Public Health | Medical records | |
| Custodian of Records, San Francisco Sheriff's Department | Medical records, Jail records | |
| Custodian of Records, San Quentin State Prison | Medical records, Prison records | |
| Custodian of Records, Sausal Creek Outpatient Stabilization Center | Medical records | |
| Custodian of Records, Summit Medical Center | Medical records, Billing records | |

| Custodians of Records (if necessary) | | |
|---|---|---|
| **Name** | **Subject Matter** | **Time** |
| Custodian of Records, San Francisco Police Department | Medical records, Police records | |
| Custodian of Records, Alameda County Medical Center | Medical records | |

Dated: November 22, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
WARREN METLITZKY
LEILA K. MONGAN
Deputy City Attorneys


By: s/*Leila K. Mongan*
    LEILA K. MONGAN

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND CHARLES AUGUST

## PROOF OF SERVICE

I, Anita Murdock, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On November 22, 2011, I served the following document(s):

DEFENDANTS' WITNESS LIST

on the following persons at the locations specified:

Kevin Hopkins, CC11C2851
Contra Costa County Jail
5555 Giant Highway
Richmond, CA  94806
*In Pro Per*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached** or **☐ will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report ☐ is attached** or **☐ will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed November 22, 2011, at San Francisco, California.

/s/
Anita Murdock