1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  WARREN METLITZKY, State Bar # 220758
   LEILA K. MONGAN, State Bar # 271287
4  Deputy City Attorneys
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3916 [Metlitzky]
   Telephone:    (415) 554-3915 [Mongan]
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
8  AND CHARLES AUGUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN LAMAR HOPKINS, | Case No. 09-CV-4578 CW |
|---|---|
| Plaintiff, | **DEFENDANT'S PROPOSED VERDICT FORM** |
| vs. | Trial Date:           January 5, 2012 |
| SAN FRANCISCO POLICE DEPARTMENT[1] OFFICER CHARLES AUGUST, et al. | |
| Defendants. | |

---

[1] The San Francisco Police Department is not a separate legal entity apart from the City and County of San Francisco.

**I.   EXCESSIVE FORCE CLAIM**

   **Question Number 1:**

   Do you find unanimously by a preponderance of the evidence that Officer August violated plaintiff's constitutional rights by using excessive force by intentionally choking plaintiff and/or intentionally striking plaintiff's head against the wall?

                                          Yes     _____

                                          No      _____

   If your answer to Question 1 is yes, then answer Question 2. If you answered no to Question 1, stop here, answer no further questions in this Section, have the Jury Foreperson sign and date this form, and proceed to Section II.


   **Question Number 2:**

   If you find excessive force was used, do you find unanimously by a preponderance of the evidence that the use of that excessive force by Officer August caused injury to plaintiff?

                                          Yes     _____

                                          No      _____


    If you answered Question 2, please have the Jury Foreperson sign and date this form, and proceed to Section II.


   Signed: _____
                Jury Foreperson

   Dated: _____

## II. DELIBERATE INDIFFERENCE CLAIM

### Question Number 1:

Do you find unanimously by a preponderance of the evidence that plaintiff faced a serious medical need that posed a substantial risk of serious harm?

Yes   _____

No   _____

If your answer to Question 1 is yes, then answer Question 2. If you answered no to Question 1, stop here, answer no further questions in this Section, have the Jury Foreperson sign and date this form, and proceed to Section III.

### Question Number 2:

Do you find unanimously by a preponderance of the evidence that Officer August knew that plaintiff faced a medical need that posed a substantial risk of serious harm?

Yes   _____

No   _____

If your answer to Question 2 is yes, then answer Question 3. If you answered no to Question 2, stop here, answer no further questions in this Section, have the Jury Foreperson sign and date this form, and proceed to Section III.

### Question Number 3:

Do you find unanimously by a preponderance of the evidence that Officer August disregarded plaintiff's medical need that posed a substantial risk of serious harm?

Yes   _____

No   _____

If your answer to Question 3 is yes, then answer Question 4. If you answered no to Question 3, stop here, answer no further questions in this Section, have the Jury Foreperson sign and date this form, and proceed to Section III.

Defendants' Proposed Verdict Form
Hopkins v. SFPD et al.; Case No. 09-cv-4578
3
n:\lit\li2010\101317\00734808.doc

**Question Number 4:**

Do you find unanimously by a preponderance of the evidence that Officer August's failure to respond to plaintiff's medical need that posed a substantial risk of serious harm caused harm to plaintiff?

    Yes    _____

    No    _____

If you answered Question 4, please have the Jury Foreperson sign and date this form, and proceed to Section III.

Signed: _____
            Jury Foreperson

Dated: _____

## III. DAMAGES CLAIM

**Question Number 1:**

Answer this question only if you reached a verdict in favor of plaintiff on his excessive force claim in Section I or his deliberate indifference claim in Section II. If you answered no to any question in Section I *and* no to any question in Section II, then stop here, answer no questions in this Section, and have the Jury Foreperson sign and date this form.

(A) What do you find to be the total amount of damages for physical pain and mental suffering, if any, that were caused by Officer August?

$_____

(B) If your answer to Question 1(A) was an amount greater than zero, then answer the following questions:

    (i) What portion of the amount listed in the answer to Question 1(A) do you attribute to Officer August's use of excessive force, if any?

$_____

    (ii) What portion of the amount listed in the answer to Question 1(A) do you attribute to Officer August's deliberate indifference, if any?

$_____

Note that subparts (i) and (ii) should add up to the amount listed in Question 1(A). Do not duplicate amounts.

**Question Number 2:**

Answer this question only if you reached a verdict in favor of plaintiff on his excessive force claim in Section I or his deliberate indifference claim in Section II. If you answered no to any question in Section I *and* no to any question in Section II, then stop here, answer no questions in this section, and have the Jury Foreperson sign and date this form.

(A) What do you find to be the total amount of medical expenses, if any, suffered by plaintiff that were caused by Officer August?

$$\$_____$$

(B) If your answer to Question 2(A) was an amount greater than zero, then answer the following questions:

    (i) What portion of the amount listed in the answer to Question 2(A) do you attribute to Officer August's use of excessive force, if any?

$$\$_____$$

    (ii) What portion of the amount listed in the answer to Question 2(A) do you attribute to Officer August's deliberate indifference, if any?

$$\$_____$$

Note that subparts (i) and (ii) should add up to the amount listed in Question 2(A). Do not duplicate amounts.

**Question Number 3:**

Please total the amounts listed in Section III, Questions 1(A) and 2(A):  $_____

Defendants' Proposed Verdict Form
Hopkins v. SFPD et al.; Case No. 09-cv-4578
6
n:\lit\li2010\101317\00734808.doc

PLEASE SIGN AND DATE THE VERDICT FORM. AFTER YOU HAVE COMPLETED AND SIGNED ALL VERDICT FORMS AS INSTRUCTED, PLEASE INFORM THE MARSHAL.

Signed: _____
              Jury Foreperson

Dated: _____

# PROOF OF SERVICE

I, Anita Murdock, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On November 22, 2011, I served the following document(s):

DEFENDANT'S PROPOSED VERDICT FORM

on the following persons at the locations specified:

Kevin Hopkins, CC11C2851
Contra Costa County Jail
5535 Giant Highway
Richmond, CA  94806
*In Pro Per*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached** or **☐ will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report ☐ is attached** or **☐ will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed November 22, 2011, at San Francisco, California.

/s/
_____
Anita Murdock