DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
WARREN METLITZKY, State Bar # 220758
LEILA K. MONGAN, State Bar # 271287
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3916 [Metlitzky]
Telephone:    (415) 554-3915 [Mongan]
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND CHARLES AUGUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN LAMAR HOPKINS, | Case No. 09-CV-4578 CW |
|---|---|
| Plaintiff, | **DEFENDANTS' PROPOSED VOIR DIRE** |
| vs. | |
| SAN FRANCISCO POLICE DEPARTMENT[1] OFFICER CHARLES AUGUST, et al. | Trial Date:    January 5, 2012 |
| Defendants. | |

Defendants propose the following questions for voir dire:

1. Have you or someone close to you ever been arrested or detained by law enforcement officers?

2. Have you or someone close to you ever been held at a police station?

3. Have you or a friend or family member ever had a negative experience with law enforcement that would color the way that you view the actions of law enforcement officers?

---

[1] The San Francisco Police Department is not a separate legal entity apart from the City and County of San Francisco.

4. Have you or a friend or family member ever felt poorly treated by law enforcement, whether as a suspect, victim, witness, motorist, or otherwise?

5. Have you ever seen, heard, or read anything about the San Francisco Police Department that gives you a negative or positive impression of the department?

6. Has anyone seen news coverage relating to claims of police excessive force? Has anyone seek coverage of claims of excess force by police against any of the "Occupy" demonstrations or encampments? Have you seen any coverage relating specifically to the San Francisco Police Department? Has anyone seen coverage of the BART shooting of Oscar Grant? Rodney King? Other claims of police excessive force? Does anyone have views about those cases that are negative about the police? Please describe those views. Can you put aside those views and be fair to the police in this case? Does anyone think that because of his or her views about what happened with the BART police or other police, he or she will not be able to give this officer a fair trial?

7. Has anyone seen any news coverage at all about plaintiff Kevin Hopkins or defendant Officer Charles August?

8. Have you ever filed a claim or lawsuit against the City and County of San Francisco? Against any government entity? Against any law enforcement agency or law enforcement officer?

9. Have you ever been affiliated with, or joined or supported, an organization with a goal of monitoring, critiquing, or reforming law enforcement agencies or practices?

10. Do you believe that police officers should never use force against people they are detaining in a police station? If so, please explain.

11. Do you know anyone who has worked in a corrections facility as a physician, nurse or other type of health care provider?

12. The plaintiff is African American. Do you believe that this fact, relating to race, could affect the way you view this case or affect your ability to provide all parties with a fair trial?

13. Have you or anyone close to you ever sued or been sued in any type of lawsuit?

14. Do you feel that money damages in lawsuits are: too large, about right, or too low?

15. What social, civic, professional, trade, or other organizations are you affiliated with?

Dated:  November 22, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
WARREN METLITZKY
LEILA K. MONGAN
Deputy City Attorneys


By: s/*Leila K. Mongan*
LEILA K. MONGAN

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND CHARLES AUGUST

**PROOF OF SERVICE**

I, Anita Murdock, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On November 22, 2011, I served the following document(s):

DEFENDANTS' PROPOSED VOIR DIRE

on the following persons at the locations specified:

Kevin Hopkins, CC11C2851
Contra Costa County Jail
5555 Giant Highway
Richmond, CA  94806
*In Pro Per*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached or ☐ will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report ☐ is attached** or **☐ will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed November 22, 2011, at San Francisco, California.

/s/
Anita Murdock