DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
WARREN METLITZKY, State Bar # 220758
LEILA K. MONGAN, State Bar # 271287
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3916 [Metlitzky]
Telephone:     (415) 554-3915 [Mongan]
Facsimile:      (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND CHARLES AUGUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR HOPKINS,<br><br>                 Plaintiff,<br><br>         vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT[1]<br>OFFICER CHARLES AUGUST, et al.<br><br>                 Defendants. | Case No. 09-CV-4578 CW<br><br>**DEFENDANTS' EXCERPTS FROM DISCOVERY**<br><br>Trial Date:             January 5, 2012 |

Defendants intend to use the following discovery at trial:

1. Plaintiff's responses to interrogatories

2. Any portion of deposition transcripts appropriate to impeach witnesses or for other purposes. Until the witnesses testify, defendants have no way of knowing which portions of the depositions will be appropriate.

//

---

[1] The San Francisco Police Department is not a separate legal entity apart from the City and County of San Francisco.

1    Defendants reserve the right to alter this list.

2    Dated:  November 22, 2011                    DENNIS J. HERRERA
                                                  City Attorney
3                                                 JOANNE HOEPER
                                                  Chief Trial Deputy
4                                                 WARREN METLITZKY
                                                  LEILA K. MONGAN
5                                                 Deputy City Attorneys
6

7                                          By:  s/*Leila K. Mongan*
                                                  LEILA K. MONGAN
8

9                                                 Attorneys for Defendants
                                                  CITY AND COUNTY OF SAN FRANCISCO
10                                                AND CHARLES AUGUST

## **PROOF OF SERVICE**

I, Anita Murdock, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On November 22, 2011, I served the following document(s):

DEFENDANTS' EXCERPTS FROM DISCOVERY

on the following persons at the locations specified:

Kevin Hopkins, CC11C2851
Contra Costa County Jail
5555 Giant Highway
Richmond, CA  94806
*In Pro Per*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached or ☐ will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report ☐ is attached** or ☐ **will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed November 22, 2011, at San Francisco, California.

/s/
———————————————
Anita Murdock