**CIVIL PRETRIAL MINUTES**

**Judge NANDOR J. VADAS**

Date: **December 1, 2011**

**C - 09 -  4578 - CW (NJV)**

| Kevin L. Hopkins | v | San Francisco Police Department et al |
|---|---|---|
| Kevin L. Hopkins (pro se) - by phone | | Leila Mongan |
| | | Warren Metlitzky |
| | | Richard Goss, III |

Deputy Clerk: **Tracy Lucero**                Reporter: **Not Reported**

**PROCEEDINGS:**

(X) Settlement Conference

**RESULT OF HEARING:**

Settlement conference held. Case did not settle. No further settlement conference date set.

(54 minutes)