IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR HOPKINS,<br><br>    Plaintiff,<br>  v.<br><br>SAN FRANCISCO POLICE OFFICER CHARLES AUGUST,<br><br>    Defendant.<br>_____/ | No. C 09-4578 CW (PR)<br><br>ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT; DIRECTING CLERK TO FORWARD DOCUMENTS TO FEDERAL PRO BONO PROJECT; VACATING PRETRIAL AND TRIAL DATES; STAYING FURTHER PROCEEDINGS |

    This civil rights action, filed by <u>pro se</u> Plaintiff Kevin Lamar Hopkins, alleges the use of excessive force and deliberate indifference to Plaintiff's serious medical needs by Defendant San Francisco Police Officer Charles August. After Defendant informed the Court that he would not be filing a motion for summary judgment, the matter was referred to the Court's Pro Se Prisoner Settlement Program for settlement proceedings, and a trial date was set for January 5, 2012.

    The Court has been informed by Magistrate Judge Nandor Vadas, who conducted the above settlement proceedings on December 1, 2011, that the case did not settle.

    Good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall be referred to the Federal Pro Bono Project of the Volunteer Legal Services Program, which will attempt to find an attorney who is able to represent Plaintiff in these proceedings.

    Accordingly,

    1. The Clerk of the Court shall forward to the Federal Pro Bono Project: (a) a copy of this Order, (b) a copy of the docket sheet, and (c) a copy of the operative complaint and relevant court

orders in this matter, specifically, docket nos. 1, 13, 49, 50 and 70.

    2. If an attorney can be found to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court.

    3. All proceedings in this action are STAYED until four weeks from the date an attorney is appointed to represent Plaintiff in this action, or until the Court otherwise lifts the stay.

    4. All pretrial and trial dates previously set in this matter are hereby VACATED.

    IT IS SO ORDERED.

DATED: 12/2/2011

CLAUDIA WILKEN  
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KEVIN LAMAR HOPKINS,

        Plaintiff,

  v.

SAN FRANCISCO POLICE et al,

        Defendant.

Case Number: CV09-04578 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin L. Hopkins CC11C2851
West County Detention Facility
5555 Giant Highway
Richmond,  CA 94806

Dated: December 2, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk