UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LAMAR HOPKINS,

              Plaintiff,

   v.

SAN FRANCISCO POLICE et al,

              Defendant.

_____/

Case Number: CV09-04578 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 5, 2011, I SERVED a true and correct copy of the **Court's Order Referring the Case to the Federal Pro Bono Project, of the docket sheet, of  the complaint and relevant court orders, specifically, docket nos. 1, 13, 49, 50, and 70**, by email addressed to the person hereinafter listed.

Federal Pro Bono Project
via email to:
Jocelyn Whiteley <jwhiteley@sfbar.org>

Dated: December 5, 2011

                         Richard W. Wieking, Clerk
                         By: Nikki Riley, Deputy Clerk