IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HOPKINS,<br><br>　　　　Plaintiff,<br><br>　　　v<br><br>SAN FRANCISCO POLICE DEPT., et al.,<br><br>　　　　Defendants. | Case No C 09-4578 CW (NJV)<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on December 1, 2011 in Courtroom 14, San Francisco. The results of that proceeding are indicated below:

(1)　The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

　☒　Plaintiff, Kevin Hopkins by telephone

　☐　Warden or warden's representative

　☐　Office of the California Attorney General, Donn Robert Duncan

　☒　Other: Counsel for Defendants, Leila Mongan, Warren Metlitzky and Richard Goss, III

(2)   The following individuals, parties, and/or representatives did not appear:

(3)   The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before

_____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on

_____.

☒ The parties are unable to reach an agreement at this time.

Date:  12/20/11                                    _____
                                                    Nandor J Vadas
                                                    United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPKINS | No. C 09-4578 CW |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| SF POLICE DEPT. , et al., | |
| Defendant. | |

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 20, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Kevin L. Hopkins**
CC11C2851
West County Detention Facility
5555 Giant Highway
Richmond, CA 94806

RICHARD W. WIEKING, CLERK

By:/s/_____
       Deputy Clerk

3