1

IN THE UNITED STATES DISTRICT COURT

2

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3  KEVIN LAMAR HOPKINS,                    No. C 09-04578 CW (PR)

4            Plaintiff,                    ORDER APPOINTING COUNSEL
                                           AND SETTING CASE MANAGEMENT
5       v.                                 CONFERENCE DATE

6  SAN FRANCISCO POLICE OFFICER
   CHARLES AUGUST,                         (Docket no. 81)

7
             Defendants.
8
   _____/
9

10       The Court having determined that it would be beneficial to

11  have counsel assist Plaintiff in this matter and volunteer counsel

12  willing to be appointed to represent Plaintiff having been located

13  by the Court,

14       IT IS HEREBY ORDERED THAT Daniel Robinson of Covington &

15  Burling LLP is appointed as counsel for Plaintiff in this matter

16  pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono

17  Project guidelines.  The Clerk of the Court shall send a copy of

18  this Order to Jocelyn Whitley, Legal Projects Coordinator of the

19  Volunteer Legal Service Program of the San Francisco Bar

20  Association.  The Clerk of the Court shall also send a copy of this

21  Order to Plaintiff, and to Defendant's counsel.

22       IT IS FURTHER ORDERED THAT a case management conference will

23  be held on Wednesday, February 29, 2012, at 2:00 p.m.  Counsel

24  shall comply with the attached Order for Pretrial Preparation.

25  //

26  //

27  //

28  //

1          In light of the appointment of counsel, Plaintiff's motion for

2    appointment of counsel (docket no. 81) is GRANTED.

3          IT IS SO ORDERED.

4    DATED: 1/11/2012

                                    CLAUDIA WILKEN
5                                   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2