IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR HOPKINS, | No. C 09-04578 CW (PR) |
| Plaintiff, | ORDER APPOINTING COUNSEL AND SETTING CASE MANAGEMENT CONFERENCE DATE |
| v. | |
| SAN FRANCISCO POLICE OFFICER CHARLES AUGUST, | (Docket no. 81) |
| Defendants. | |

The Court having determined that it would be beneficial to have counsel assist Plaintiff in this matter and volunteer counsel willing to be appointed to represent Plaintiff having been located by the Court,

IT IS HEREBY ORDERED THAT Daniel Robinson of Covington & Burling LLP is appointed as counsel for Plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The Clerk of the Court shall send a copy of this Order to Jocelyn Whitley, Legal Projects Coordinator of the Volunteer Legal Service Program of the San Francisco Bar Association. The Clerk of the Court shall also send a copy of this Order to Plaintiff, and to Defendant's counsel.

IT IS FURTHER ORDERED THAT a case management conference will be held on Wednesday, February 29, 2012, at 2:00 p.m. Counsel shall comply with the attached Order for Pretrial Preparation.

//
//
//
//

In light of the appointment of counsel, Plaintiff's motion for appointment of counsel (docket no. 81) is GRANTED.

IT IS SO ORDERED.

DATED: 1/11/2012

CLAUDIA WILKEN
United States District Judge