IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN LAMAR HOPKINS,                  No. 09-04578 CW

      Plaintiff,                      ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT (Docket No. 95)

  v.

SAN FRANCISCO POLICE; and OFFICER AUGUST,

      Defendants.

_____/

Plaintiff's motion for leave to amend his complaint is GRANTED only to the extent that it is unopposed. His claims based on not being allowed to use the bathroom were not found cognizable in the original service order, and his effort to add them at this late date is DENIED. His claim regarding medical care can be adequately litigated in the existing and agreed upon causes of action, and adding an additional legal ground for this claim at this late date is DENIED. Plaintiff shall file his new complaint within four days. Defendant may rest on his original answer, or may respond in accordance with the rules. The hearing previously scheduled for Thursday, June 21, 2012, is vacated.

Dated: 6/11/2012

CLAUDIA WILKEN
United States District Judge